CRIMINAL PROCEEDINGS - **Sentencing** (Evidentiary)

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO

Judge B. Lynn Winmill  Date: **October 22, 2007**
Case No. **CR06-206-E-BLW**  Deputy Clerk: LaDonna Garcia
Place: Pocatello, ID  Reporter: Sheila Fish
 Time: 2 hrs 50 minutes


UNITED STATES OF AMERICA vs   Krister Sven Evertson

Probation Officer   Robert Bradley


Counsel for United States   Michelle Mallard/Ron Sutcliffe
 Defendant(s)   Nick Vieth/Steven Richert

(X) Court reviewed case history.

WITNESSES: Plf (X): Agent Mark Callaghan,

EXHIBITS: Plf (X): 1, 2, 3

FAMILY STATEMENTS: Kristina D. Daly, Margaret and Bill Agard,
 Linda Lavaki

(X) Defendant's remarks on his own behalf.

(X) Counsel made sentencing recommendations to the Court.

(X) Court ruled on defendant's objections to presentence report. Presentence report and addendum adopted, except as modified here today. Defense objection to nine level enhancement is sustained. Defense objection to the 4 level enhancement is overruled. This yields an adjusted guideline range of 21 to 27 months imprisonment.

(X) Court addressed 3553(a) factors and finds no grounds to sentence outside the guideline range.

SENTENCE: Defendant is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of 21 months on each of counts 1, 2, and 3, to be served concurrently to each other. Defendant shall surrender to the Bureau of Prisons by reporting to the institution designated before 2:00 p.m. local time on December 5, 2007. Court recommends that the defendant be credited with all time served, and that the defendant be placed in the facility at Sheridan, Oregon, or Seatac, or another facility in the Northwest. Court finds that the defendant does not have the ability to pay a

fine, therefore, fine is waived. $421,049.00 restitution is due immediately. Court finds that the defendant does not have the ability to interest on the restitution, therefore, interest is waived. $300 special assessment, consisting of $100 on each of counts 1, 2, and 3, is due immediately. Defendant shall submit nominal payments of not less than $25 per quarter through the Inmate Financial Responsibility Program. All payments to be made to Clerk of the Court, District of Idaho, 550 W. Fort St., MSC 039, Boise, ID 83724. Following term of imprisonment, defendant shall be placed on supervised release for a term of 3 years on each of counts 1, 2, and 3, to be served concurrently. Defendant shall submit to DNA collection. Court finds that the defendant does not pose a high risk of future substance abuse such that mandatory testing is waived. Defendant shall not possess firearms or other dangerous weapons. All standard conditions of supervision shall apply, plus the following special conditions:

1) shall not unlawfully possess a controlled substance;

2) Defendant shall pay special assessment and restitution that is imposed by this judgement and that remains unpaid at the commencement of supervised release as a condition of supervision. Payments to be made to Clerk of the Court, District of Idaho, 550 W. Fort St., MSC 039, Boise, ID 83724. Defendant shall submit nominal monthly payments of 10% of gross income, but not less than $100 per month, during the term of supervised release, towards any special assessment and restitution that is imposed by this judgment and that remains unpaid at the commencement of the term of supervised release. This payment schedule will be in effect unless further reviewed by the Court. A review may take place at any time and will be based upon a change in the Defendant's financial circumstances;

3) provide probation officer to access to any requested financial information. Defendant shall not obtain any new indebtedness with out approval of the probation officer unless the defendant is in compliance with the payment schedule;

4) shall disclose to the Probation Officer any companies in which he has any ownership or management interest. Defendant shall report all income, assets, and investments to the Probation Officer;

5) submit to a search of his person, place of residence, or automobile at the direction of the U.S. Probation Officer and submit to seizure of any contraband found therein;

6) shall not be in possession of or work with any hazardous materials without the prior approval of the Probation Officer;

7) shall apply for compensation under the Alaska Permanent Fund, and any compensation received from that fund shall immediately turnover for payment toward special assessment and restitution.


(X) Defendant advised of penalties for violation of terms and conditions of supervised release.

(X) Right to appeal explained.

(X) Defendant released pending voluntary surrender as ordered by the court. All pretrial release conditions shall remain in effect, including weekly telephone contact with the probation officer.

(X) Defendant advised of penalties for failure to voluntary surrender as ordered by the court.

(X) Oral motion by defendant to stay execution of judgment pending appeal. Court indicated that it will not rule on this today and directed defense counsel to file a written motion, which will be heard at a later date.